TO: Federal District Judge it May Concern in the U.S. District Court District of South Dakota Southern Division (Minnehaha County)

FROM: Aaron Reeves, Petitioner, of: Federal Habeas Corpus for: Fake-illegal-indictment 49CRI19-5780

I am handwriting this without habeas corpus form because Unit Staff refuses to print copy along with some legal mail log info. I requested. The legal-mail log info, I requested to have signed by unit staff so I could Include it is fact that I filed State habeas corpus with Judge Karen Rasmussen as well as 3 state writs of error coram nobis also to Judge Karen Rasmussen, I got word that the Clerk of Court in minnehaha county court house angelia gries stole my writs and gave them to perjured Felon → Robin Houwman, I got only one perjured response = one response in 7 months since I sent the first, and I got that perjured response

page 2 of 6

about 1 month ago with 6 months dry-time. Any way Robin Houman lied non-stop including her denying my pleadings in that in <u>Russell v. United States, 369 U.S. 749; U.S. Supreme Court May 21, 1962 decided</u> they quote and use: ① <u>United States v. Cruikshank, 92 U.S. 542 U.S. Sup. Court"; Decided Mar, 27 1876</u> ② <u>United States V. Hess 124 U.S. 483 Sup. Court of U.S.; decided Jan. 30 1888</u>

1. <u>Russell</u> → Headnote 9 ↓↑
2. <u>Cruikshank</u> → Headnote 8 ↓↑
3. <u>Hess</u> → Headnote 3 ↓↑

<u>all</u> agreeing that: "It is an elementary principle of criminal pleading that where the definition of an offense includes generic terms, the indictment shall also state the particulars of the offense."

Note: I typed in <u>U.S. v. Cruikshank, 92 U.S. 542</u> and "simple assault" on Lexus nexus and finally found some sound fake-force - accusation cases. I will include

Some. Note: I planned to send you copies of my state habeas writ as well as perjuries of the past other 2 fake felony indictments that I <u>did sit</u> out fake sentences for, 49CRI18-3316, 49CRI18-2201, the prison is now nearly impossible to rely on legal actions on Jameson A-floor, and I don't have a million years to wait on them, I wanted for you to see it though.

So my <u>U.S. v. Cruikshank</u> and "simple assault" case dismissals for phony-fake-indictments & info's.

(1.) <u>U.S. v. Wright, 2012, U.S. Dist. LEXIS 16167</u> U.S. District Court for the Southern Dist. of Alabama; Feb. 9, 2012, Filed

<u>Case summary</u>

... "Although the <u>indictment</u> tracked the language of the (indictment) <u>statute it was insufficient as it failed to identify the "action" allegedly taken by defendant that formed the basis of the prosecution.</u>"

(2.) <u>U.S. v. Miller, 605 F. Supp. 3d 63</u> U.S Dist court for dist. of Columbia; May 7 2022 filed

3.) United States v. Coe 2012 U.S Dist. LEXIS 58431 U.S. Dist Court for the Eastern District of North Carolina, Western Division April 26 2012 decided

H.) U.S. v. Ayalacruz 79 M.J. 747 United States Navy-Marine Corps Court of Criminal appeals; Jan 10th, 2020
See: Headnote 3 and Case Summary

Now if you see both fake counts of 1 & 2 of fake-indictment 49CRI-19-5780 both fake counts 1 & 2 only charge "generic term" assault or simple assault. and is unconstitutional as it does not inform me of cause of accusation as required by the VI amendment of our United States constitution and violates both State & Federal Rule (7(c)(1)) of Criminal procedure as it does not state any alleged facts constituting the offence charged.

Now fake count 3 offers no reliance upon S.D. (Rule 7(c)(1)) of crim. procedure as (Rule 7(c)(1)) requires in second paragraph ~~a single count~~ "but, if it is alleged that he committed it by more than one specified means, each means shall be stated in a seperate count."

And not only that but I believe U.S. Consti askes also for <u>a cause</u> per nature and statuter or common law as it asks or requires nature + cause <u>not causes</u> / count. Also statute uses <u>or</u> for "throw, smear, spit or otherwise" which is not any type of direct accusation by any means and itself violates U.S. Consti Amend. IV, V, VI as do fake counts 1 & 2

---

please order prison to refund the $250 they stole from me in gyse of D.O.C. write ups, copies included, they had no legal grounds to use D.O.C. fines as a result of on their part illegal incident

peports.

Sincerely Aaron Reeves

Note! I have $76 in my savings account at prison if you need $5 fee please charge it, I'm not sure if I have to pay it or if I qualify for Forma pauperis, I also kited long ago for that and tried reminding Ambrose then alleged case manager but 10 days later still no response.

**NOTICE: Mailed from a CORRECTIONAL FACILITY**

Name: Aaron Reeves
ID#: 52317
Address: 1600 N. Drive Jameson Annex
City/State/Zip: Sioux Falls S.D. 57117-5911

United States District Court
District of South Dakota
Office of the clerk (southern division)
400 South Phillips,
Room 128
Sioux Falls, S.D. 57104

