UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

|  |  |  |
|---|---|---|
| | \* | |
| AARON REEVES, | \* | CIV 23-4132 |
| | \* | |
| Petitioner, | \* | |
| | \* | |
| vs. | \* | JUDGMENT |
| | \* | |
| DOC; and SOUTH DAKOTA | \* | |
| ATTORNEY GENERAL, | \* | |
| | \* | |
| Respondents. | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In accordance with the Order filed on this date with the clerk,

IT IS ORDERED, ADJUDGED, and DECREED that Petitioner's application for a writ of habeas corpus is dismissed with prejudice.

Dated this **8th** day of July, 2024.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
MATTHEW W. THELEN, CLERK